**IN THE GREENE COUNTY COURT OF COMMON PLEAS**
**CIVIL DIVISION**

| | | |
|---|---|---|
| DR. JAMES MCCLUSKEY | : | |
| Plaintiff, | : | Case No.: 2024CV0467 |
| | | JUDGE BUCKWALTER |
| -vs- | : | |
| WILBERFORCE UNIVERSITY | : | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Defendant. | : | |
| | : | |

Pursuant to 28 U.S.C. § 1446, Defendant Wilberforce University hereby files with this Court a copy of the attached Notice of Removal which has been filed in the United States District Court for the Southern District of Ohio, Western Division. Pursuant to 28 U.S.C. § 1446, this Court shall proceed no further in this action, unless and until otherwise ordered.

Exhibit B

Respectfully submitted,

John M. Stephen (0022947)
Walter Reynolds (0022991)
Anthony V. Graber (0095691)
Porter, Wright, Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, OH 45402-2028
Telephone: (937) 449-6714
Facsimile: (937) 449-6820
jstephen@porterwright.com
wreynolds@porterwright.com
tgraber@porterwright.com

*Attorneys for Defendant Wilberforce University*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties to this action on this 15 day of July, 2024, by e-mail and/or by depositing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Michael W. DeWitt, Esq.
DeWitt Law, LLC
4200 Regent Street, Suite 200
Columbus, Ohio 43219
mdewitt@dewittlawco.com
Attorney for Plaintiff

Walter Reynolds
*One of the Attorneys for Defendant*

24400915v1