# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DR. JAMES McCLUSKEY | : |
| | : |
| | : Case No. 3:24-cv-00203 |
| Plaintiff, | : |
| | : |
| | : Judge Walter H. Rice |
| vs. | : |
| | : |
| | : Magistrate Judge Peter B, Silvain, Jr. |
| WILBERFORCE UNIVERSITY | |
| | **DEFENDANT'S NOTICE OF DEPOSITION OF DR. JAMES MCCLUSKEY** |
| Defendant. | |

    Please take notice that on **March 6, 2025, beginning at 10:00 a.m.**, at the office of Pickrel Schaeffer & Ebeling Co., LPA, 40 North Main Street, Suite 2700, Dayton, Ohio 45432, the Defendant, by and through Counsel, will take the deposition of **Plaintiff**, Dr. James McCluskey upon oral examination pursuant to the Federal Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths. The Deposition will continue from day to day until complete.

    Respectfully submitted,

*/s/ Matthew D. Stokely*
Matthew D. Stokely (0062611)
PICKREL, SCHAEFFER & EBELING CO.
2700 Stratacache Tower
Dayton, OH  45423
Phone: (937) 223-1130 / Fax: (937) 223-0339
E-mail: mstokely@pselaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the Defendant's Notice of Deposition of Dr. James McCluskey has been served via electronic mail upon plaintiff's counsel in this matter on this the 17th day of February1 2025.

/s/Matthew D. Stokely
Matthew D. Stokely