IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DR. JAMES MCCLUSKEY                                    CASE NO. 3:24-CV-203

    Plaintiff,                                                      JUDGE WALTER H. RICE

v.

WILBERFORCE UNIVERSITY

    Defendant.

---

### AMENDED ORDER OF REFERENCE

In order to accommodate the parties' desire to mediate, this Court has extended the Summary Judgment Motion filing deadline from April 4 to May 5, 2025. If possible, this Court would appreciate the mediation being scheduled on or very shortly after April 20, 2025.

Dated: 3-19-25

                                                            JUDGE WALTER H. RICE
                                                             UNITED STATES DISTRICT COURT